# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANTHONY D. STEVENSON**
        Plaintiff
  vs.                        **CASE NUMBER: 1:10-CV-607 (DEP)**

**COMMISSIONER OF SOCIAL SECURITY**
        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is AFFIRMED. Plaintiff Anthony D. Stevenson's Complaint is therefore DISMISSED in it entirety.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 13th day of February, 2012.

DATED: February 13, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk