# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANTHONY D. STEVENSON**
            Plaintiff

        vs.                                          **CASE NUMBER: 1:10-CV-607 (DEP)**

**COMMISSIONER OF SOCIAL SECURITY**
            Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues
    have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Judgment on the Pleadings is GRANTED, the
Commissioner's determination that plaintiff was not disabled at the relevant times, and
thus is not entitled to benefits under the Social Security Act, is AFFIRMED. Plaintiff
Anthony D. Stevenson's Complaint is therefore DISMISSED in it entirety.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated
the 13th day of February, 2012.

DATED: February 13, 2012

Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk